GERTRUDE B. SILVERMAN, Appellant, *v.* STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.

(Argued June 2, 1936; decided July 8, 1936.)

*M. Claiborne Mebel* and *Bertram L. Kraus* for appellant.

*Leslie Kirsch, Joseph Glass* and *Sydney W. Cable* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.